■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO RIVERA, Appellant. [696 NYS2d 407] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered April 26, 1995, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

We perceive no abuse of discretion in sentencing. Concur—Williams, J. P., Tom, Lerner, Rubin and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO RIVERA, Appellant. [696 NYS2d 406] —Judgment, Supreme Court, Bronx County (Robert Strauss, J.), rendered March 25, 1996, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 8 to 16 years, unanimously affirmed.

We perceive no abuse of discretion in sentencing. Concur—Williams, J. P., Tom, Lerner, Rubin and Saxe, JJ.